UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SIMRANJIT SINGH GILL,<br><br>        Defendant. | Case No. MJ08-71<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    COUNT 1:    Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

<u>Date of Detention Hearing</u>: February 20, 2008.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is a citizen of India.

    (2)    Defendant has strong family ties to India and owns property there.

    (3)    Defendant has no ties in the Western District of Washington or to this community.

    (4)    Defendant has weak ties to Canada, thereby making supervision by Canadian authorities problematical.

    (5)    Defendant is considered a risk flight.

DETENTION ORDER                                            15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 1

    (6)    There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of February, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge